**WILSON SONSINI**

Wilson Sonsini Goodrich & Rosati
Professional Corporation

222 Delaware Avenue
Suite 800
Wilmington, Delaware 19801-1600

O: 302.304.7600
F: 866.974.7329

IAN R. LISTON
Internet: ILISTON@wsgr.com
Direct dial: (302) 304-7604

July 26, 2023

<u>Via CM/ECF</u>

The Honorable Maryellen Noreika
United States District Court
for the District of Delaware
844 N. King Street, Unit 19, Room 4324
Wilmington, DE 19801-3555

Re:   *Raj K. Patel v. Alphabet Inc. and Google LLC*, Case No. 1:23-cv-00797-MN

Dear Judge Noreika:

    My firm is counsel for Google LLC ("Google") and its parent company, Alphabet Inc. (together, the Defendants) in the above-referenced action.  On July 24, 2023, a *pro se* litigant, Raj K. Patel, filed a complaint against Defendants in this Court alleging that Google violated his legal and contractual rights because he was unable to find certain information he desired through Google's search engine.  We understand that Mr. Patel has requested that a summons be issued and has requested that the Court waive his filing fees.

    Mr. Patel has a record of filing "frivolous, baseless, and delusional" claims.  *See In re Patel*, No. 1:22-mc-0024-TWP (S.D. Ind. Mar. 28, 2022), ECF No. 1 (collecting cases) (attached as [Exhibit A](#)).  He has filed approximately 30 *pro se*, *in forma pauperis* actions and appeals in the last four years alone, amassing nearly $10,000 in unpaid filing fees.  He has been recognized as a vexatious litigant and barred from filing new lawsuits in his home district in Indiana.  The lawsuit before Your Honor is materially identical to a lawsuit Mr. Patel filed against the same Defendants in August 2022, captioned *The Excellent The Excellent, Raj K. Patel v. Alphabet Inc. and Google LLC*, Case No. 49D04-2208-CT-025970, in the Marion County Superior Court in Indiana.  [Exhibit B](#) (Indiana complaint).  The trial court dismissed that case with prejudice in January 2023 for failure to state a claim.  [Exhibit C](#).  The Court of Appeals of Indiana affirmed that dismissal in June 2023, concluding that "Patel's complaint fails to state any claim upon which relief can be granted" and that the case was properly dismissed with prejudice.  [Exhibit D](#) (*see also* Defendants' appeal response brief, [Exhibit E](#)).  Mr. Patel immediately filed a motion for reconsideration, which the Court of Appeals denied on July 13, 2023.  [Exhibit F](#).

WILSON SONSINI

The Honorable Maryellen Noreika
July 26, 2023
Page 2

      Shortly after the Indiana Court of Appeals denied his motion for reconsideration, Mr. Patel filed a spate of complaints—all of them substantively the same as his now-dismissed complaint in Indiana—in courts across the country. In addition to filing the above-referenced action in this Court, Mr. Patel filed his complaint in the Northern District of California, Case No. 5:23-cv-03647-VKD, and in Santa Clara County Superior Court in California. In so doing, Mr. Patel is attempting to re-litigate claims in this Court that have already been litigated to final judgment and defeated, with prejudice. As mentioned, these practices are nothing new for Mr. Patel.

      In light of the foregoing, we ask this Court to deny Mr. Patel's motion to proceed *in forma pauperis* or, in the event the Court is inclined to grant that request, to consider whether the complaint should be dismissed *sua sponte* under 28 U.S.C. § 1915€(2)(B), on the grounds that it is frivolous, barred by *res judicata*, and (for reasons already explained by the Indiana Court of Appeals, Exhibit C) fails to state a claim on which relief may be granted.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ *Ian R. Liston*

Ian R. Liston (Del. Bar. No. 5507)

*Counsel for Defendants Google LLC and Alphabet Inc.*

cc:    Raj K. Patel (Via U.S. Mail)