# Exhibit B

**49D04-2208-CT-025970**

Marion Superior Court 4

# SUMMONS

Filed: 8/2/2022 12:20 AM
Clerk
Marion County, Indiana

TE TE Raj K. Patel

In the Marion Superior Court, Room No. _____

_____
Plaintiff

—vs—

**Alphabet Inc. and Google LLC**

Cause
No. _____

2022 AUG –3 AM 11: 09
IN SHERIFF'S HANDS
NEW CASTLE COUNTY

_____
Defendant

Alphabet Inc.

TO DEFENDANT: (Name) _____

**251 Little Falls Drive**

(Address) _____

**Wilmington, Delaware 19808**

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you be the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated ___8/2/2022___8/2/2022_____     _____Myla A. Eldridge_____ (Seal)

Clerk, Marion Superior Court

**(The following manner of service of summons is hereby designated.)**

| | |
|---|---|
| ☐ | Registered or certified mail. |
| ☐ | Service at place of employment, to _____ |
| ☐ | Service on individual     (Personal or copy) at above address. |
| ✔ | Service on agent. (Specify). CSC, 251 Little Falls Drive, Wilmington, Delaware 19808 |
| ☐ | Other service. (Specify) _____ |

MARION COUNTY COURT
SEAL
INDIANA

**/s/ Raj Patel**

**Attorney for Plaintiff**

_6850 East 21st Street, Indianapolis, IN 46219_

Address

Marion County Superior Court
200 East Washington Street
Indianapolis, IN 46204

**(317) 450-6651**

Telephone

**(317) 327-4740**

Telephone

Form #209

## *SHERIFF'S RETURN ON SERVICE OF SUMMONS*

I hereby certify that I have served this summons on the _____ day of _____, 20_____

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant,_____

(2) By leaving a copy of the Summons and a copy of the complaint at _____

which is the dwelling place or usual place of abode of _____
and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____

_____    _____
Sheriff's Costs                                                          Sheriff

                                                                          By:_____
                                                                                      Deputy

## *CLERK'S CERTIFICATE OF MAILING*

I hereby certify that on the_____ day of _____, 20. _____, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

                                                                          _____
                                                                          Clerk, Marion Superior Court

Dated: _____, 20_____    By: _____
                                                                                      Deputy

## *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the_____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the_____ day of _____, 20_____.

                                                                          _____
                                                                          Clerk, Marion Superior Court

                                                                          By: _____
                                                                                      Deputy

Telephone

Address

**/s/ Raj Patel**
**Attorney for Plaintiff**

**SHERIFF'S COSTS**

**SUPERIOR COURT ROOM NO.**

**SUMMONS**

Defendant

vs.

Plaintiff

Cause No.

Room No.

**49D04-2208-CT-025970**

Marion Superior Court 4

Filed: 8/2/2022 12:20 AM
Clerl
Marion County, Indiana

No. _____

# In The State of Indiana
# Superior Court of Marion County

THE EXCELLENT THE EXCELLENT RAJ K. PATEL,
from all capacities,

*Plaintiff*

v.

ALPHABET INC. and GOOGLE LLC.,

*Defendants.*

NEW CIVIL ACTION

*PRO SE* **COMPLAINT**

T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
rajp2010@gmail.com
raj@rajpatel.live
www.rajpatel.live
317-450-6651

August 2, 2022

## IN THE STATE OF INDIANA
## SUPERIOR COURT OF MARION COUNTY

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities, | No. _____ |
| *Plaintiff* | |
| v. | Dated: August 2, 2022 |
| ALPHABET INC. and GOOGLE LLC., | JURY TRIAL DEMANDED |
| *Defendants* | |

*(margin stamp, right side:)* 2022 AUG -3 PM 12: 04  IN SHERIFF'S HANDS NEW CASTLE COUNTY

### TABLE OF CONTENTS

PARTIES ............................................................................................... 2

SUBJECT-MATTER JURISDICTION ................................................. 2

STATEMENT OF FACTS ..................................................................... 2

CLAIMS ................................................................................................ 6

DEMAND FOR RELIEF ...................................................................... 24

CERTIFICATE OF INTEREST ........................................................... 25

CERTIFICATE OF SERVICE ............................................................. 26

### *PRO SE* COMPLAINT

I, T.E., T.E Raj K. Patel (*pro se*), respectfully move this Indiana Superior Court for recovery in civil torts, breach of contract, and other claims. Alphabet, Inc., through its subsidiary, Google LLC, a registered foreign business, violated my religious free exercise by regulating, censoring, and "spinning" caste information, including of Rishi Sunak, Member of Parliament of Her Majesty's Government for the United Kingdom of Great Britain and Northern Ireland, religious social knowledge amongst Hindus. Google is a body corporate and politic and severable constitutes a quasi-governmental entity. Google's privacy policy is the cause of the censorship of this information. Google has also limited my political free speech and interfered with my right to exercise our inherent

1

privileges and immunities under the United States Constitution and including but not limited to Delaware, Indiana, California, and Nevada corporate statutes. Liability extends through vicarious liability and respondent superior and laws of agency.

## PARTIES

PLAINTIFF: CITIZEN OF INDIANA:

> **Raj Patel**
> 6850 East 21st Street
> Indianapolis, IN 46219
> 317-450-6651
> raj@rajpatel.live
> rajp2010@gmail.com

DEFENDANTS, CITIZENS OF DELWARE:

> **ALPHABET INC.**
> 1600 Amphitheatre Pkwy
> Mountain View, CA 94043

> **GOOGLE LLC**
> 1600 Amphitheatre Pkwy
> Mountain View, CA 94043

## SUBJECT-MATTER JURISDICTION

[1] I.C. § 33-29-1.5-2.

## WELL-PLEADED COMPLAINT STANDARDS

"[A] *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

Ind. R. of Ct. 8(A).

Ind. R. of Ct. 8(F).

## STATEMENT OF FACTS

I.   I, Raj K. Patel, the Plaintiff (*pro se*), am a citizen of Indianapolis, Indiana.

2

A. From 2009-2010, I was the Student Body President of the Brownsburg Community School Corporation ("B.C.S.C.") (corporate sovereign 2009-present) in Brownsburg, Indiana.

B. From 2013-2014, I was the Student Government Association President of Emory University, Inc. (corporate sovereign 2013-present) in Atlanta, Georgia.

C. In addition to my styles/titles, through my heritage, by my blood/legal-parents, I am Top 1% of Americans, in terms of income and cash-on-hand.

II. Defendant-Alphabet Inc. is a citizen of the State of Delaware.

A. Alphabet Inc.'s website says that it is located at 251 Little Falls Drive, City of Wilmington, County of New Castle, Delaware 19808. The name of its registered agent at such address is Corporation Service Company.

B. Alphabet is a body and corporate politic under the Indiana Religious Freedom Restoration Act.

C. The President is Kent Walker.

D. The CEO, Sundar Pichai, is a Hindu.

E. Alphabet is an instrumentality of the State of Delaware.

III. Defendant-Google LLC is a citizen of the State of Delaware.

A. Google is located at 251 Little Falls Drive, City of Wilmington, County of New Castle, Delaware 19808. The name of its registered agent at such address is Corporation Service Company.

B. Google's principal office is located at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

3

C. Google's registered agent in the State of Indiana is Corporate Service Company.  The registered agent in Indiana is located at 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204.

D. Google is a body and corporate politic under the Indiana Religious Freedom Restoration Act.

E. Google is regulated by the United States and is quasi-governmental.

F. Google, a subsidiary under Alphabet, is an international corporation which answers and appeases the politics of various countries.

G. The CEO, Sundar Pichai, is a Hindu.

H. Google is an instrumentality of the State of Delaware.

IV. All forms of violence are closely linked with racism and bigotry.

V. I have been under the constant lawless use of a stress weapon, which causes stress and physical and mental incapacitations and adversities. *See* Compl., *Patel v. United States*, No. 1:21-cv-2004-LAS (Fed. Cl. 202_). *See also Patel v. United States*, No. 1:21-cv-2004-LAS (Fed. Cl. 202_), Dkt. 10, *aff'd in part & rev'd in part*, No. 22-1131 (Fed. Cir. 2022), ECF 44, *pending cert.*, No. _____ (U.S. 202_).

VI. A couple of weeks ago, while preparing my petition for a writ of certiorari Supreme Court brief, I searched the caste background of a couple of people, including but not limited to Rishi Sunak.

VII. I noticed that no reliable source was found over Google and other search engines.

VIII. Being a scholar and researcher in politics and religion, I knew this was unusual.

IX. I noticed that Google's privacy policy censures things which it considers to be subject to its privacy policy, including information of public figures or religious information.

4

X.    Google's privacy policy, which regulates, its search engine interfered and burdened by religious free exercise of Hindu varna casteism and erotic, religious pleasure.   Casteism is central to Hinduism, and it has even caused separation of states in Hindu plural India.

XI.    I have been a lifelong user of Google, including its search engine, Gmail, and Google Docs, and Admin Console for the domain rajpatel.live, which I bought from Google.com and hosted by GoDaddy. My free gmail account is rajp2010@gmail.com.

XII.    I agree to use Google's services for the consideration to help improve its services and benefits its relationships and offers and acceptance we have agreed to in-fact and in-law. *See* Ex. B.

XIII.    Sexual freedoms and liberation have always been important to me, including which are certainly to my life, political, and social experiences.

XIV.    Google adheres to GNI Principles which violate religious free exercise, especially with the presentation of information. https://globalnetworkinitiative.org/gni-principles/.

XV.    Google's Terms of Service – Respect Others indicates that it restricts information which can defame a person. *See* Ex. A.

XVI.    Google's other moderation and information policies affect our contract.

XVII.    Google's spinning, censorship, regulation, and moderation of caste information, throughout the globe, affects my religious free exercise, including religious-erotic pleasure, and socializing.

XVIII.    My right to bear arms, of specific caste information, has also been interfered with.

XIX.    This complaint to this State of Indiana Superior Court follows.

5

## CLAIMS

All paragraphs from above are incorporated into this section. All of the following claims may be read together, in groups, or individually and each permutation.

**ALPHABET INC. & GOOGLE LLC ("Corporations")**

**CLAIM 1.**    Indiana RFRA, I.C. 34-13-9 *et seq.* – Corporations violated my central religious practice, which has caused the separation of states in Hindu plural India, of learning and knowing about the caste background of important figures, including ministers of Parliament, which might be used to defame them including here, in Indiana, over the Internet, and throughout the globe.  The Corporations-imposed censorship effects my religious and erotic pleasure, and burdens my political free speech (all "said injury"). The Officers of the Corporations who are Hindu also forced their religious viewpoints on me. Indiana RFRA creates the duties; Corporations may not breach the duties; Corporations' breaches caused my injuries; thus, the Corporations are liable for my injuries and harm.

a.  U.S. const. amend. XIV.

b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

c.  Relief:

i.  Dollar amount for loss of opportunity in money.

ii.  Dollar amount in money.

iii.  Punitive damages in money.

iv.  Consequential damages in money.

v.  Compensation damages in money.

vi.  Actual damages in money.

vii.  Extreme Emotional Distress.

viii.  Parasitic Damages.

6

ix.   All other forms of damages in money.

**CLAIM 2.**     **Cal. Corp. Statute § 2502.01** – *see* **CLAIM 1.**

**CLAIM 3.**     **NRS 78.060 (2)(e)** – *see* **CLAIM 1.**

**CLAIM 4.**     **Fla. Stat. § 761.01** *et seq.* – *see* **CLAIM 1.**

**CLAIM 5.**     **Del. L. § 10102** – *see* **CLAIM 1.**

**CLAIM 6.**     **Del. const. arts. 1 & IX** – *see* **CLAIM 1.**

**CLAIM 7.**     **ALL STATE RFRA LAWS** – *see* **CLAIM 1:**

    a.   **Ala. Const. Art. I, §3.01**

    b.   **Ariz. Rev. Stat. §41-1493.01**

    c.   **Conn. Gen. Stat. §52-571b**

    d.   **Fla. Stat. §761.01,** *et seq.*

    e.   **Idaho Code §73-402**

    f.   **Ill. Rev. Stat. Ch. 775, §35/1,** *et seq.*

    g.   **Kan. Stat. §60-5301,** *et seq.*

    h.   **Ky. Rev. Stat. § 446.350**

    i.   **La. Rev. Stat. § 13:5231,** *et seq.*

    j.   **Miss. Code § 11-61-1**

    k.   **Mo. Rev. Stat. § 1.302**

    l.   **N.M. Stat. §28-22-1,** *et seq.*

    m.  **Okla. Stat. tit. 51, §251,** *et seq.*

    n.   **Pa. Stat. tit. 71, §2403**

    o.   **R.I. Gen. Laws §42-80.1-1,** *et seq.*

    p.   **S.C. Code §1-32-10,** *et seq.*

    q.   **Tenn. Code §4-1-407**

    r.   **Tex. Civ. Prac. & Remedies Code §110.001,** *et seq.*

       s.   **Va. Code §57-2.02**

**CLAIM 8.**    **Extreme Emotional Distress (Indiana, Georgia, New York, California, New Jersey, Nevada, and Delaware) – Corporations unduly exercised their political privileges and religious privileges which hindered my free religious exercise.**

      a.   U.S. const. amend. XIV.

      b.   Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

      c.   Relief:

           i.   Dollar amount for loss of opportunity in money.

          ii.   Dollar amount in money.

         iii.   Punitive damages in money.

         iv.   Consequential damages in money.

          v.   Compensation damages in money.

         vi.   Actual damages in money.

        vii.   Extreme Emotional Distress.

       viii.   Parasitic Damages.

         ix.   All other forms of damages in money.

**CLAIM 9.**    **Parasitic Damages (Indiana, Georgia, New York, California, New Jersey, Nevada, and Delaware) – Corporations knowingly took advanced of my physical and induced mental impairment and induced incapacities; Corporations prejudicially attacked my hormones. The said injury adds to my mental stress and my working out and focus on all other matters, including legal.**

      a.   U.S. const. amend. XIV.

      b.   Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

      c.   Relief:

           i.   Dollar amount for loss of opportunity in money.

  ii. Dollar amount in money.

  iii. Punitive damages in money.

  iv. Consequential damages in money.

  v. Compensation damages in money.

  vi. Actual damages in money.

  vii. Extreme Emotional Distress.

  viii. Parasitic Damages.

  ix. All other forms of damages in money.

**CLAIM 10. Negligent Entrustment (Indiana, Georgia, New York, California, New Jersey, Nevada, and Delaware) – Alphabet Inc. should not have trusted Google to enact its own political and social policy which intersects with Old Religious practices, particularly of Hinduism.**

 a. U.S. const. amend. XIV.

 b. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

 c. Relief:

  i. Dollar amount for loss of opportunity in money.

  ii. Dollar amount in money.

  iii. Punitive damages in money.

  iv. Consequential damages in money.

  v. Compensation damages in money.

  vi. Actual damages in money.

  vii. Extreme Emotional Distress.

  viii. Parasitic Damages.

  ix. All other forms of damages in money.

9

**CLAIM 11.   Respondent Superior (Indiana, Georgia, New York, California, New Jersey, Nevada, and Delaware) – Alphabet should be held responsible for Google's actions.**

    a. U.S. const. amend. XIV.

    b. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c. Relief:

        i. Dollar amount for loss of opportunity in money.

        ii. Dollar amount in money.

        iii. Punitive damages in money.

        iv. Consequential damages in money.

        v. Compensation damages in money.

        vi. Actual damages in money.

        vii. Extreme Emotional Distress.

        viii. Parasitic Damages.

        ix. All other forms of damages in money.

**CLAIM 12.   Intentional Infliction of Emotional Distress (Indiana, Georgia, New York, California, New Jersey, Nevada, and Delaware) – Google, headed by a Hindu, knew that this policy would affect religious practices.  Because of my current mental state with my induced stress, the said injury effects my working out and focus on all other matters, including legal.**

    a. U.S. const. amend. XIV.

    b. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c. Relief:

        i. Dollar amount for loss of opportunity in money.

        ii. Dollar amount in money.

    iii.  Punitive damages in money.

    iv.  Consequential damages in money.

    v.  Compensation damages in money.

    vi.  Actual damages in money.

    vii.  Extreme Emotional Distress.

    viii.  Parasitic Damages.

    ix.  All other forms of damages in money.

**CLAIM 13.**   **Breach of Confidence and Trust (Indiana, Georgia, New York, California, New Jersey, Nevada, and Delaware) – The services rendered by Google are meant to give confidence in a lifelong user.** *See* **Claim 14 (good faith breach; possible anti-trust behavior).**

    a.  U.S. const. amend. XIV.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.  Relief:

        i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

        iii.  Punitive damages in money.

        iv.  Consequential damages in money.

        v.  Compensation damages in money.

        vi.  Actual damages in money.

        vii.  Extreme Emotional Distress.

        viii.  Parasitic Damages.

        ix.  All other forms of damages in money.

**CLAIM 14.**   **Breach of Good Faith & Fair Dealing (Indiana, Georgia, New York, California, New Jersey, Nevada, and Delaware) – I have an implied-in-fact and/or implied-**

in-law contract with the Corporations, especially Google, and I cannot fairly use the "enjoyment of full benefits" of the contract is also a property right created by the delivery of the court documents services. Corporations, especially Google, gets ad revenues for me using its services and other things in Ex. A & B; Corporations had a legal duty not to interfere with my religious practices; Corporations' breaches of duties caused its injuries; and Corporations are thus liable for damages. In addition, Corporations did not act in good faith to uphold our contract because it did not act any better than other major search engines, such as Bing.com, DuckDuckGo.com, and Yahoo.com. *See* Claims 15-21.

    a. U.S. const. amend. XIV. *See also* 42 U.S.C. § 1981.

    b. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c. Relief:

        i. Dollar amount for loss of opportunity in money.

        ii. Dollar amount in money.

        iii. Punitive damages in money.

        iv. Consequential damages in money.

        v. Compensation damages in money.

        vi. Actual damages in money.

        vii. Extreme Emotional Distress.

        viii. Parasitic Damages.

        ix. All other forms of damages in money.

CLAIM 15.   Breach of Express Contract (Indiana, Georgia, New York, California, New Jersey, Nevada, and Delaware) – Corporations, especially Google, gets ad revenues for me using its services and other things in Ex. A & B; Corporations had a legal duty not to interfere with my religious practices; Corporations' breaches of duties caused its

injuries; and Corporations are thus liable for damages.  Corporations also had a legal duty not to interfere with my right to bear arms, especially under the constitutions of Delaware and Indiana and the United States constitution as incorporated; Corporations breached its duty when it censored, regulated, spined, and moderated caste information, especially since casteism is invasive and religious intoxicating and prone to reduce the free will of the targets its used on, even for the reasonable person, according to psychology; Corporations breaches caused said injury; and Corporations are thus liable for damages.  Corporations had a legal duty not to interfere with my protected political rights to socialize with the knowledge of caste as embedded in the Privileges and/or Immunities Clauses of the United States Constitutions; Corporations breached its duty when it censored, regulated, spined, and moderated caste information; Corporations caused such injury; and Corporations are thus liable for damages.

    a.  U.S. const. amend. XIV.  *See also* 42 U.S.C. § 1981.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.  Relief:

        i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

        iii.  Punitive damages in money.

        iv.  Consequential damages in money.

        v.  Compensation damages in money.

        vi.  Actual damages in money.

        vii.  Extreme Emotional Distress.

        viii.  Parasitic Damages.

        ix.  All other forms of damages in money.

CLAIM 16.    Breach of Implied-in-Law Contract (Indiana, Georgia, New York, California, New Jersey, Nevada, and Delaware) – *See* Claim 15.

    a.  U.S. const. amend. XIV.  *See also* 42 U.S.C. § 1981.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.  Relief:

        i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

        iii.  Punitive damages in money.

        iv.  Consequential damages in money.

        v.  Compensation damages in money.

        vi.  Actual damages in money.

        vii.  Extreme Emotional Distress.

        viii.  Parasitic Damages.

        ix.  All other forms of damages in money.

CLAIM 17.    *Quantum meruit* (Indiana, Georgia, New York, California, New Jersey, Nevada, and Delaware) – I have provided services to Google which it needs, including to remain duly law abiding and things described in Claim 15.

    a.  U.S. const. amend. XIV.  *See also* 42 U.S.C. § 1981.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.  Relief:

        i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

        iii.  Punitive damages in money.

        iv.  Consequential damages in money.

        v.  Compensation damages in money.

      vi.  Actual damages in money.

      vii.  Extreme Emotional Distress.

      viii.  Parasitic Damages.

      ix.  All other forms of damages in money.

**CLAIM 18.**   **Quasi-Contract (Indiana, Georgia, New York, California, New Jersey, Nevada, and Delaware) –** *See* **Claim 17.**

   a.  U.S. const. amend. XIV. *See also* 42 U.S.C. § 1981.

   b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

   c.  Relief:

      i.  Dollar amount for loss of opportunity in money.

      ii.  Dollar amount in money.

      iii.  Punitive damages in money.

      iv.  Consequential damages in money.

      v.  Compensation damages in money.

      vi.  Actual damages in money.

      vii.  Extreme Emotional Distress.

      viii.  Parasitic Damages.

      ix.  All other forms of damages in money.

**CLAIM 19.**   **Constructive Contract (Indiana, Georgia, New York, California, New Jersey, Nevada, and Delaware) –** *See* **Claim 15-18 & 20-22.**

   a.  U.S. const. amend. XIV. *See also* 42 U.S.C. § 1981.

   b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

   c.  Relief:

      i.  Dollar amount for loss of opportunity in money.

      ii.  Dollar amount in money.

   iii. Punitive damages in money.

   iv. Consequential damages in money.

   v. Compensation damages in money.

   vi. Actual damages in money.

   vii. Extreme Emotional Distress.

   viii. Parasitic Damages.

   ix. All other forms of damages in money.

**CLAIM 20.** **Unjust Enrichment (Indiana) – Corporations rationale decision to appease anti-casteist and the populist powers and players in its business and consumer base has unjustly caused the said harm to me; the rationale decision is one made with spirituality and religion rather than with Reason, as shown in its various information management policies. To uphold goodness, Humanism, and the national conscience, Corporations should be prevented from making an unjust enrichment, which is at the harm of said harm to me.**

  a. U.S. const. amend. XIV. *See also* 42 U.S.C. § 1981.

  b. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

  c. Relief:

   i. Dollar amount for loss of opportunity in money.

   ii. Dollar amount in money.

   iii. Punitive damages in money.

   iv. Consequential damages in money.

   v. Compensation damages in money.

   vi. Actual damages in money.

   vii. Extreme Emotional Distress.

   viii. Parasitic Damages.

      ix.  All other forms of damages in money.

**CLAIM 21.**  **Unjust Enrichment (New York) – Corporations rationale decision to appease anti-casteist and the populist powers and players in its business and consumer base has unjustly caused the said harm to me; the rationale decision is one made with spirituality and religion rather than with Reason, as shown in its various information management policies.  To uphold goodness, Humanism, and the national conscience, Corporations should be prevented from making an unjust enrichment, which is at the harm of said harm to me.**

      a.  *See e.g., Sperry v. Crompton Corp.,* 863 N.E.2d 1012 (N.Y. 2007).

      b.  U.S. const. amend. XIV.  *See also* 42 U.S.C. § 1981.

      c.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

      d.  Relief:

         i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

      iii.  Punitive damages in money.

      iv.  Consequential damages in money.

       v.  Compensation damages in money.

      vi.  Actual damages in money.

      vii.  Extreme Emotional Distress.

     viii.  Parasitic Damages.

      ix.  All other forms of damages in money.

**CLAIM 22.**  **Unjust Enrichment (California, New Jersey, Nevada, and Delaware) – Corporations rationale decision to appease anti-casteist and the populist powers and players in its business and consumer base has unjustly caused the said harm to me; the rationale decision is one made with spirituality and religion rather than with Reason,**

as shown in its various information management policies.  To uphold goodness, Humanism, and the national conscience, Corporations should be prevented from making an unjust enrichment, which is at the harm of said harm to me.

    a.  U.S. const. amend. XIV.  *See also* 42 U.S.C. § 1981.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.  Relief:

        i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

        iii.  Punitive damages in money.

        iv.  Consequential damages in money.

        v.  Compensation damages in money.

        vi.  Actual damages in money.

        vii.  Extreme Emotional Distress.

        viii.  Parasitic Damages.

        ix.  All other forms of damages in money.

**CLAIM 23.   Negligence – Contributory or Comparative – (Indiana, Georgia, New York, California, New Jersey, Nevada, and Delaware) – All the Defendants share some sort of responsibility for the harm and injury ensued.**

    a.  U.S. const. amend. XIV.  *See also* 42 U.S.C. § 1981.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.  Relief:

        i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

        iii.  Punitive damages in money.

        iv.  Consequential damages in money.

     v.   Compensation damages in money.

     vi.   Actual damages in money.

     vii.   Extreme Emotional Distress.

     viii.   Parasitic Damages.

     ix.   All other forms of damages in money.

**CLAIM 24.** **Tortious Interference (Indiana, Georgia, New York, California, New Jersey, Nevada, and Delaware) – All of the Defendants directly or indirectly interfered in my contractual obligation with each other.**

    a.   U.S. const. amend. XIV.  *See also* 42 U.S.C. § 1981.

    b.   Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.   Relief:

     i.   Dollar amount for loss of opportunity in money.

     ii.   Dollar amount in money.

     iii.   Punitive damages in money.

     iv.   Consequential damages in money.

     v.   Compensation damages in money.

     vi.   Actual damages in money.

     vii.   Extreme Emotional Distress.

     viii.   Parasitic Damages.

     ix.   All other forms of damages in money.

**CLAIM 25.** **Conversion (Indiana, Georgia, New York, California, New Jersey, Nevada, and Delaware) – Google has functionally taken information from the public domain (non-rival and non-excludable) which I could have used as arms of caste information and as aggressive philosophy, including when there is social necessity, protected political rights, and justification.**

19

    a.  U.S. const. amend. XIV.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.  Relief:

        i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

        iii.  Punitive damages in money.

        iv.  Consequential damages in money.

        v.  Compensation damages in money.

        vi.  Actual damages in money.

        vii.  Extreme Emotional Distress.

        viii.  Parasitic Damages.

        ix.  All other forms of damages in money.

**CLAIM 26.**  **Adhesion (Indiana, Georgia, New York, California, New Jersey, Nevada, and Delaware) – Corporations are of superior bargaining power which factors into the terms of our contracts, and the Terms of Services and Conditions and information ins Exs. A & B should not read to exempt Corporations from liability.**

    a.  U.S. const. amend. XIV.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.  Relief:

        i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

        iii.  Punitive damages in money.

        iv.  Consequential damages in money.

        v.  Compensation damages in money.

        vi.  Actual damages in money.

      vii.  Extreme Emotional Distress.

     viii.  Parasitic Damages.

      ix.  All other forms of damages in money.

**CLAIM 27.   Liability (Indiana, Georgia, New York, California, New Jersey, Nevada, and Delaware) – Corporations qualify for liability to be paid to me. Liability should be calculated specifically per my social classes and as being rich and as a part of the Top 1% of Americans. Where appropriate, this should factor into duty, breach, and causation too.**

    a.  **Joint** – Since the harm is indivisible, the harm should be paid by each defendant.

    b.  **Severable** – Each Defendant should be liable for its portion.

    c.  **Joint & Severable** – Each Defendant should pay for the totality of harm it cost me.

    d.  U.S. const. amend. XIV.  *See also* 42 U.S.C. § 1981.

    e.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    f.  Relief:

       i.  Dollar amount for loss of opportunity in money.

      ii.  Dollar amount in money.

     iii.  Punitive damages in money.

     iv.  Consequential damages in money.

      v.  Compensation damages in money.

     vi.  Actual damages in money.

     vii.  Extreme Emotional Distress.

    viii.  Parasitic Damages.

     ix.  Lots of stocks

      x.  All other forms of damages in money.

**CLAIM 28.**   *Res ipsa loquitur* **(Indiana, Georgia, New York, California, New Jersey, Nevada, and Delaware) – Without each defendant the negligence and injuries would not have happened.  Even if each defendant is not negligent, then my injury is still not explained. I did not put myself in harms way.**

    a.  **Google:** Google designed and regulated the technology which regulates, spins, or censors caste information.

    b.  **Alphabet:** Alphabet has the parent corporation; its nonfeasance has caused this injury to my religious practice.

    c.  U.S. const. amend. XIV.  *See also* 42 U.S.C. § 1981.

    d.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    e.  Relief:

        i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

        iii.  Punitive damages in money.

        iv.  Consequential damages in money.

        v.  Compensation damages in money.

        vi.  Actual damages in money.

        vii.  Extreme Emotional Distress.

        viii.  Parasitic Damages.

        ix.  All other forms of damages in money.

**CLAIM 29.**   **Causation (Indiana, Georgia, New York, California, New Jersey, Nevada, and Delaware) –**

    d.  **But For / Substantial Causal Factor –**

      i. **Google:** Google is the entity that I used, and without their own do-ing, the information would not have been blocked.

      ii. **Alphabet:** Alphabet is the parent company.

e. **Proximate Cause –**

      i. **Google:** Google appeared on my screen and its privacy policy caused interfered with my religious rights.

      ii. **Alphabet:** Alphabet's nonfeasance caused these injuries.

f. **Direct Cause –**

      i. **Google:** Google is the direct cause of the injury.

      ii. **Alphabet:** Alphabet accessorized Google and its policy in causing an religious and mental and other injuries to me.

g. U.S. const. amend. XIV. *See also* 42 U.S.C. § 1981.

h. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

i. Relief:

      i. Dollar amount for loss of opportunity in money.

      ii. Dollar amount in money.

      iii. Punitive damages in money.

      iv. Consequential damages in money.

      v. Compensation damages in money.

      vi. Actual damages in money.

      vii. Extreme Emotional Distress.

      viii. Parasitic Damages.

      ix. All other forms of damages in money.

## DEMAND FOR RELIEF

WHEREFORE, The Excellent, The Excellent Raj K. Patel, with the interest further decency within our Nation and upholding our Constitution, asks this Indiana State Court to enter judgement in His Excellency, His Excellency's favor and grant either all or some of the following relief:

1. Relief described in the claims section above.

2. Award earned damages, at least nominal damages.

3. Other remedies which the court might deem fit, including that Google's services as applied to me to be more sensitive to my constitutional rights.

Respectfully submitted,

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21ˢᵗ Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

J.D. Candidate, Notre Dame L. Sch. 2015-2017
President/Student Body President, Student Gov't Ass'n of
    Emory U., Inc. 2013-2014 (corp. sovereign 2013-present)
Student Body President, Brownsburg Cmty. Sch.
    Corp./President, Brownsburg High Sch. Student Gov't
    2009-2010 (corp. sovereign 2009-present)
Rep. from the Notre Dame L. Sch. Student B. Ass'n to the
    Ind. St. B. Ass'n 2017
Deputy Regional Director, Young Democrats of Am.-High
    Sch. Caucus 2008-2009
Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-
    2010
Vice President of Fin. (Indep.), Oxford C. Republicans of
    Emory U., Inc. 2011-2012

24

## CERTIFICATE OF INTEREST

I, THE EXCELLENT, THE EXCELLENT Raj K. Patel (pro se), am appearing without counsel. Giving Full Faith to the United States Constitution, I use the Authority of my omnipresent Styles and Office in these proceedings into which I avail myself. U.S. const. art. IV, § 1 & amend. XIV, & art. VI, § 1 referring to the Treaty of Paris (1783) & Paris Peace Treaty – Cong. Proclamation of Jan. 14, 1784.

I have completed five (5) out of the six (6) semesters of my juris dr. candidacy at the U. of Notre Dame L. Sch. in South Bend, IN., where I was enrolled from August 2015 to November 2017, and I have completed sixty-eight (68) out of the ninety (90) credit hours for a juris dr. candidacy at the Notre Dame L. Sch.

Such, I have completed the minimum number of credit hours required by the ac-crediting Am. B. Ass'n ("A.B.A.") to allow a law school to accredit me a juris dr. degree.

Amongst the grades in my juris dr. academic courses I received at the Notre Dame L. Sch., I received an A-/A in contracts law, an A-/A in civil procedure, and a B/A in constitutional law, while under Weapon S. In the summer of 2016, I worked as summer associate with the City of Atlanta Law Department in Atlanta, GA. In the summer of 2017, I worked as a summer associate at Barnes & Thornburg LLP in Indianapolis, IN.

And, I hold a Bachelor of Arts in Poli. Sci. and *cum laude* in Religion from Emory U., Inc. of Atlanta, Georgia, and I attended both Oxford College and Emory College, and graduated, in 2014, with a 3.718/4.0 grade point average with no pass/fail grades.

Emory U., Inc. is ranked as a top-20 or top-25 *U.S. News* Tier 1 best national uni-versity, and the Notre Dame L. Sch. is ranked as a *U.S. News* Top 25 best law school in the United States.

I was Student Body President of the Brownsburg Cmty. Sch. Corp. from 2009-2010 and Student Body President of Emory U., Inc. from 2013-2014. I was also the Notre Dame L. Sch. Student B. Ass'n Rep. to the Ind. State B. Ass'n from September 2017 to November 2017. All jurisdictions are "local" and with an "international" constituency.

Each time I was elected Student Body President, I attained thenceforth omnipres-ent Styles ("THE EXCELLENT" for each election) which are protected by both the Privileges & Immunities Clause and Privileges or Immunities Clause of the United States Constitu-tion. U.S. const. art. IV, § 2, cl. 1 & amend. XIV, § 1, cl. 2. *See generally* Federalist 80 & *Printz v. United States*, 521 U.S. 898, 918 (1997) quoting *Principality of Monaco v. Mississippi*, 292 U.S. 313, 322 (1934).

I have not received legal advice or counsel from anyone else for this case.

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing *Pro Se* Complaint on 08/02/2022 to below individuals via the Ind. Ct. System e-filing and Delaware sheriff services to the registered business agent:

**ALPHABET INC**
**c/o Corporation Service Company**
251 Little Falls Drive
Wilmington, DE 19808

**GOOGLE LLC**
**c/o Corporation Service Company**
251 Little Falls Drive
Wilmington, DE 19808

Dated: August 2, 2022

Respectfully submitted,

/s/ Raj Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

# EXHIBIT A

**GOOGLE TERMS OF SERVICE**

Effective January 5, 2022

Archived versions

## What's covered in these terms

## We know it's tempting to skip these Terms of Service, but it's important to establish what you can expect from us as you use Google services, and what we expect from you.

These Terms of Service reflect the way Google's business works, the laws that apply to our company, and certain things we've always believed to be true. As a result, these Terms of Service help define Google's relationship with you as you interact with our services. For example, these terms include the following topic headings:

- What you can expect from us, which describes how we provide and develop our services

- What we expect from you, which establishes certain rules for using our services

- Content in Google services, which describes the intellectual property rights to the content you find in our services — whether that content belongs to you, Google, or others

- In case of problems or disagreements, which describes other legal rights you have, and what to expect in case someone violates these terms

Understanding these terms is important because, by using our services, you're agreeing to these terms.

Besides these terms, we also publish a Privacy Policy. We encourage you to read it to better understand how you can update, manage, export, and delete your information.

## Terms

## Service provider

Google services are provided by, and you're contracting with:

Google LLC
organized under the laws of the State of Delaware, USA, and operating under the laws of the USA

1600 Amphitheatre Parkway
Mountain View, California 94043
USA

## Age requirements

If you're under the age required to manage your own Google Account, you must have your parent or legal guardian's permission to use a Google Account. Please have your parent or legal guardian read these terms with you.

If you're a parent or legal guardian, and you allow your child to use the services, then these terms apply to you and you're responsible for your child's activity on the services.

Some Google services have additional age requirements as described in their service-specific additional terms and policies.

---

# Your relationship with Google

These terms help define the relationship between you and Google. Broadly speaking, we give you permission to use our services if you agree to follow these terms, which reflect how Google's business works and how we earn money. When we speak of "Google," "we," "us," and "our," we mean Google LLC and its affiliates.

# What you can expect from us

### Provide a broad range of useful services

We provide a broad range of services that are subject to these terms, including:

- apps and sites (like Search and Maps)

- platforms (like Google Shopping)

- integrated services (like Maps embedded in other companies' apps or sites)

- devices (like Google Nest)

Many of these services also include content that you can stream or interact with.

Our services are designed to work together, making it easier for you to move from one activity to the next. For example, if your Calendar event includes an address, you can click on that address and Maps can show you how to get there.


## Develop, improve, and update Google services

We're constantly developing new technologies and features to improve our services. For example, we use artificial intelligence and machine learning to provide you with simultaneous translations, and to better detect and block spam and malware. As part of this continual improvement, we sometimes add or remove features and functionalities, increase or decrease limits to our services, and start offering new services or stop offering old ones. When a service requires or includes downloadable software, that software sometimes updates automatically on your device once a new version or feature is available. Some services let you adjust your automatic update settings.

If we make material changes that negatively impact your use of our services or if we stop offering a service, we'll provide you with reasonable advance notice, except in urgent situations such as preventing abuse, responding to legal requirements, or addressing security and operability issues. We'll also provide you with an opportunity to export your content from your Google Account using Google Takeout, subject to applicable law and policies.


# What we expect from you


## Follow these terms and service-specific additional terms

The permission we give you to use our services continues as long as you comply with:

- **these terms**

- **service-specific additional terms**, which could, for example, include things like additional age requirements

You also agree that our Privacy Policy applies to your use of our services. Additionally, we provide resources like the Copyright Help Center, Safety Center, and descriptions of our technologies from our policies site to answer common questions and to set expectations about using our services.

Although we give you permission to use our services, we retain any intellectual property rights we have in the services.

## Respect others

We want to maintain a respectful environment for everyone, which means you must follow these basic rules of conduct:

- comply with applicable laws, including export control, sanctions, and human trafficking laws

- respect the rights of others, including privacy and intellectual property rights

- don't abuse or harm others or yourself (or threaten or encourage such abuse or harm) — for example, by misleading, defrauding, illegally impersonating, defaming, bullying, harassing, or stalking others

- don't abuse, harm, interfere with, or disrupt the services — for example, by accessing or using them in fraudulent or deceptive ways, introducing malware, or spamming, hacking, or bypassing our systems or protective measures. When we index the web to bring you search results, we respect standard usage restrictions that website owners specify in their websites' code, so we require the same when others use our services

Our service-specific additional terms and policies provide additional details about appropriate conduct that everyone using those services must follow. If you find that others aren't following these rules, many of our services allow you to report abuse. If we act on a report of abuse, we also provide the process described in the Taking action in case of problems section.

## Permission to use your content

Some of our services are designed to let you upload, submit, store, send, receive, or share your content. You have no obligation to provide any content to our services and you're free to choose the content that you want

to provide. If you choose to upload or share content, please make sure you have the necessary rights to do so and that the content is lawful.

## License

Your content remains yours, which means that you retain any intellectual property rights that you have in your content. For example, you have intellectual property rights in the creative content you make, such as reviews you write. Or you may have the right to share someone else's creative content if they've given you their permission.

We need your permission if your intellectual property rights restrict our use of your content. You provide Google with that permission through this license.

### What's covered

This license covers your content if that content is protected by intellectual property rights.

### What's not covered

• This license doesn't affect your privacy rights -- it's only about your intellectual property rights

• This license doesn't cover these types of content:

  • publicly-available factual information that you provide, such as corrections to the address of a local business. That information doesn't require a license because it's considered common knowledge that everyone's free to use.

  • feedback that you offer, such as suggestions to improve our services. Feedback is covered in the Service-related communications section below.

### Scope

This license is:

• worldwide, which means it's valid anywhere in the world

• non-exclusive, which means you can license your content to others

- royalty-free, which means there are no monetary fees for this license

## Rights

This license allows Google to:

- host, reproduce, distribute, communicate, and use your content — for example, to save your content on our systems and make it accessible from anywhere you go

- publish, publicly perform, or publicly display your content, if you've made it visible to others

- modify and create derivative works based on your content, such as reformatting or translating it

- sublicense these rights to:

  - other users to allow the services to work as designed, such as enabling you to share photos with people you choose

  - our contractors who've signed agreements with us that are consistent with these terms, only for the limited purposes described in the Purpose section below

## Purpose

This license is for the limited purpose of:

- **operating and improving the services**, which means allowing the services to work as designed and creating new features and functionalities. This includes using automated systems and algorithms to analyze your content:

  - for spam, malware, and illegal content

  - to recognize patterns in data, such as determining when to suggest a new album in Google Photos to keep related photos together

  - to customize our services for you, such as providing recommendations and personalized search results, content, and ads (which you can change or turn off in Ads Settings)

  This analysis occurs as the content is sent, received, and when it is stored.

- **using content you've shared publicly to promote the services**. For example, to promote a Google app, we might quote a review you wrote. Or to promote Google Play, we might show a screenshot of the app you offer in the Play Store.

- **developing new technologies and services** for Google consistent with these terms

## Duration

This license lasts for as long as your content is protected by intellectual property rights.

If you remove from our services any content that's covered by this license, then our systems will stop making that content publicly available in a reasonable amount of time. There are two exceptions:

- If you already shared your content with others before removing it. For example, if you shared a photo with a friend who then made a copy of it, or shared it again, then that photo may continue to appear in your friend's Google Account even after you remove it from your Google Account.

- If you make your content available through other companies' services, it's possible that search engines, including Google Search, will continue to find and display your content as part of their search results.

# Using Google services

## Your Google Account

If you meet these age requirements you can create a Google Account for your convenience. Some <u>services</u> require that you have a Google Account in order to work — for example, to use Gmail, you need a Google Account so that you have a place to send and receive your email.

You're responsible for what you do with your Google Account, including taking reasonable steps to keep your Google Account secure, and we encourage you to regularly use the Security Checkup.

## Using Google services on behalf of an organization or business

Many organizations, such as businesses, non-profits, and schools, take advantage of our services. To use our services on behalf of an organization:

- an authorized representative of that organization must agree to these terms

- your organization's administrator may assign a Google Account to you. That administrator might require you to follow additional rules and may be able to access or disable your Google Account.

## Service-related communications

To provide you with our services, we sometimes send you service announcements and other information. To learn more about how we communicate with you, see Google's Privacy Policy.

If you choose to give us feedback, such as suggestions to improve our services, we may act on your feedback without obligation to you.

---

# Content in Google services

## Your content

Some of our services give you the opportunity to make your content publicly available — for example, you might post a product or restaurant review that you wrote, or you might upload a blog post that you created.

- See the Permission to use your content section for more about your rights in your content, and how your content is used in our services

- See the Removing your content section to learn why and how we might remove user-generated content from our services

If you think someone is infringing your intellectual property rights, you can send us notice of the infringement and we'll take appropriate action. For example, we suspend or close the Google Accounts of repeat copyright

infringers as described in our Copyright Help Center.

## Google content

Some of our services include content that belongs to Google — for example, many of the visual illustrations you see in Google Maps. You may use Google's content as allowed by these terms and any service-specific additional terms, but we retain any intellectual property rights that we have in our content. Don't remove, obscure, or alter any of our branding, logos, or legal notices. If you want to use our branding or logos, please see the Google Brand Permissions page.

## Other content

Finally, some of our services give you access to content that belongs to other people or organizations — for example, a store owner's description of their own business, or a newspaper article displayed in Google News. You may not use this content without that person or organization's permission, or as otherwise allowed by law. The views expressed in other people or organizations' content are theirs, and don't necessarily reflect Google's views.

---

## Software in Google services

Some of our services include downloadable software. We give you permission to use that software as part of the services.

The license we give you is:

- worldwide, which means it's valid anywhere in the world

- non-exclusive, which means that we can license the software to others

- royalty-free, which means there are no monetary fees for this license

- personal, which means it doesn't extend to anyone else

- non-assignable, which means you're not allowed to assign the license to anyone else

Some of our services include software that's offered under open source license terms that we make available to you. Sometimes there are provisions in the open source license that explicitly override parts of these terms, so please be sure to read those licenses.

You may not copy, modify, distribute, sell, or lease any part of our services or software.

---

# In case of problems or disagreements

## Warranty disclaimer

We built our reputation on providing useful, reliable services like Google Search and Maps, and we're continuously improving our services to meet your needs. However, for legal purposes, we offer our services without warranties unless explicitly stated in our service-specific additional terms. The law requires that we explain this using specific legal language and that we use capital letters to help make sure you see it, as follows:

TO THE EXTENT ALLOWED BY APPLICABLE LAW, WE PROVIDE OUR SERVICES "AS IS" WITHOUT ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. FOR EXAMPLE, WE DON'T MAKE ANY WARRANTIES ABOUT THE CONTENT OR FEATURES OF THE SERVICES, INCLUDING THEIR ACCURACY, RELIABILITY, AVAILABILITY, OR ABILITY TO MEET YOUR NEEDS.

## Liabilities

### For all users

Both the law and these terms try to strike a balance as to what you or Google can claim from the other in case of problems. That's why the law allows us to limit certain liabilities — but not others — under these terms.

These terms only limit our responsibilities as allowed by applicable law. These terms don't limit liability for gross negligence or willful misconduct.

To the extent allowed by applicable law:

- Google is liable only for its breaches of these terms or applicable service-specific additional terms

- Google isn't liable for:

    - loss of profits, revenues, business opportunities, goodwill, or anticipated savings

    - indirect or consequential losses

    - punitive damages

- Google's total liability arising out of or relating to these terms is limited to the greater of (1) $200 or (2) the fees paid to use the relevant services in the 12 months before the dispute

## For business users and organizations only

If you're a business user or organization:

- To the extent allowed by applicable law, you'll indemnify Google and its directors, officers, employees, and contractors for any third-party legal proceedings (including actions by government authorities) arising out of or relating to your unlawful use of the services or violation of these terms or service-specific additional terms. This indemnity covers any liability or expense arising from claims, losses, damages, judgments, fines, litigation costs, and legal fees.

- If you're legally exempt from certain responsibilities, including indemnification, then those responsibilities don't apply to you under these terms. For example, the United Nations enjoys certain immunities from legal obligations and these terms don't override those immunities.

## Taking action in case of problems

Before taking action as described below, we'll provide you with advance notice when reasonably possible, describe the reason for our action, and give you an opportunity to fix the problem, unless doing so would:

- cause harm or liability to a user, third party, or Google

- violate the law or a legal enforcement authority's order

- compromise an investigation

- compromise the operation, integrity, or security of our services

### Removing your content

If any of your content (1) breaches these terms, service-specific additional terms or policies, (2) violates applicable law, or (3) could harm our users, third parties, or Google, then we reserve the right to take down some or all of that content in accordance with applicable law. Examples include child pornography, content that facilitates human trafficking or harassment, terrorist content, and content that infringes someone else's intellectual property rights.

### Suspending or terminating your access to Google services

Google reserves the right to suspend or terminate your access to the services or delete your Google Account if any of these things happen:

- you materially or repeatedly breach these terms, service-specific additional terms or policies

- we're required to do so to comply with a legal requirement or a court order

- your conduct causes harm or liability to a user, third party, or Google — for example, by hacking, phishing, harassing, spamming, misleading others, or scraping content that doesn't belong to you

For more information about why we disable accounts and what happens when we do, see this Help Center page. If you believe your Google Account has been suspended or terminated in error, you can appeal.

Of course, you're always free to stop using our services at any time. If you do stop using a service, we'd appreciate knowing why so that we can continue improving our services.

## Settling disputes, governing law, and courts

For information about how to contact Google, please visit our contact page.

California law will govern all disputes arising out of or relating to these terms, service-specific additional terms, or any related services, regardless of conflict of laws rules. These disputes will be resolved exclusively in the federal or state courts of Santa Clara County, California, USA, and you and Google consent to personal jurisdiction in those courts.

# About these terms

By law, you have certain rights that can't be limited by a contract like these terms of service. These terms are in no way intended to restrict those rights.

These terms describe the relationship between you and Google. They don't create any legal rights for other people or organizations, even if others benefit from that relationship under these terms.

We want to make these terms easy to understand, so we've used examples from our services. But not all services mentioned may be available in your country.

If these terms conflict with the service-specific additional terms, the additional terms will govern for that service.

If it turns out that a particular term is not valid or enforceable, this will not affect any other terms.

If you don't follow these terms or the service-specific additional terms, and we don't take action right away, that doesn't mean we're giving up any rights that we may have, such as taking action in the future.

We may update these terms and service-specific additional terms (1) to reflect changes in our services or how we do business — for example, when we add new services, features, technologies, pricing, or benefits (or remove old ones), (2) for legal, regulatory, or security reasons, or (3) to prevent abuse or harm.

If we materially change these terms or service-specific additional terms, we'll provide you with reasonable advance notice and the opportunity to review the changes, except (1) when we launch a new service or feature, or (2) in urgent situations, such as preventing ongoing abuse or responding to legal requirements. If you don't agree to the new terms, you should remove your content and stop using the services. You can also end your relationship with us at any time by closing your Google Account.

---

DEFINITIONS

## affiliate

An entity that belongs to the Google group of companies, which means Google LLC and its subsidiaries, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Limited, and Google Dialer Inc.

**business user**

An individual or entity who is not a consumer (see consumer).

**consumer**

An individual who uses Google services for personal, non-commercial purposes outside of their trade, business, craft, or profession. (See business user)

**copyright**

A legal right that allows the creator of an original work (such as a blog post, photo, or video) to decide if and how that original work may be used by others, subject to certain limitations and exceptions (such as "fair use" and "fair dealing").

**disclaimer**

A statement that limits someone's legal responsibilities.

**indemnify or indemnity**

An individual or organization's contractual obligation to compensate the losses suffered by another individual or organization from legal proceedings such as lawsuits.

**intellectual property rights (IP rights)**

Rights over the creations of a person's mind, such as inventions (patent rights); literary and artistic works (copyright); designs (design rights); and symbols, names, and images used in commerce (trademarks). IP rights may belong to you, another individual, or an organization.

**liability**

Losses from any type of legal claim, whether the claim is based on a contract, tort (including negligence), or other reason, and whether or not those losses could have been reasonably anticipated or foreseen.

## organization

A legal entity (such as a corporation, non-profit, or school) and not an individual person.

## services

The Google services that are subject to these terms are the products and services listed at https://policies.google.com/terms/service-specific, including:

- apps and sites (like Search and Maps)

- platforms (like Google Shopping)

- integrated services (like Maps embedded in other companies' apps or sites)

- devices and other goods (like Google Nest)

Many of these services also include content that you can stream or interact with.

## trademark

Symbols, names, and images used in commerce that are capable of distinguishing the goods or services of one individual or organization from those of another.

## warranty

An assurance that a product or service will perform to a certain standard.

## your content

Things that you create, upload, submit, store, send, receive, or share using our services, such as:

- Docs, Sheets, and Slides you create

- blog posts you upload through Blogger

- reviews you submit through Maps

- videos you store in Drive

- emails you send and receive through Gmail

- pictures you share with friends through Photos

- travel itineraries that you share with Google

GOOGLE PRIVACY POLICY

# EXHIBIT B

# When you use our services, you're trusting us with your information. We understand this is a big responsibility and work hard to protect your information and put you in control.

This Privacy Policy is meant to help you understand what information we collect, why we collect it, and how you can update, manage, export, and delete your information.



### Privacy Checkup

Looking to change your privacy settings?

Take the Privacy Checkup

---

Effective February 10, 2022

Archived versions

---

We build a range of services that help millions of people daily to explore and interact with the world in new ways. Our services include:

- Google apps, sites, and devices, like Search, YouTube, and Google Home

- Platforms like the Chrome browser and Android operating system

- Products that are integrated into third-party apps and sites, like ads, analytics, and embedded Google Maps

You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web in a private mode, like Chrome Incognito mode. And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

To help explain things as clearly as possible, we've added examples, explanatory videos, and definitions for key terms. And if you have any questions about this Privacy Policy, you can contact us.

---

INFORMATION GOOGLE COLLECTS

# We want you to understand the types of information we collect as you use our services

We collect information to provide better services to all our users — from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like. The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls.

When you're not signed in to a Google Account, we store the information we collect with unique identifiers tied to the browser, application, or device you're using. This allows us to do things like maintain your preferences across browsing sessions, such as your preferred language or whether to show you more relevant search results or ads based on your activity.

When you're signed in, we also collect information that we store with your Google Account, which we treat as personal information.

## Things you create or provide to us

When you create a Google Account, you provide us with personal information that includes your name and a password. You can also choose to add a phone number or payment information to your account. Even if you aren't signed in to a Google Account, you might choose to provide us with information — like an email address to receive updates about our services.

We also collect the content you create, upload, or receive from others when using our services. This includes things like email you write and receive, photos and videos you save, docs and spreadsheets you create, and comments you make on YouTube videos.

## Information we collect as you use our services

## Your apps, browsers & devices

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your device and connection to our services. This information includes things like your device type and carrier name, crash reports, which apps you've installed, and, depending on your device settings, other information about how you're using your Android device.

## Your activity

We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- Terms you search for

- Videos you watch

- Views and interactions with content and ads

- Voice and audio information

- Purchase activity

- People with whom you communicate or share content

- Activity on third-party sites and apps that use our services

- Chrome browsing history you've synced with your Google Account

If you use our services to make and receive calls or send and receive messages, we may collect call and message log information like your phone number, calling-party number, receiving-party number, forwarding numbers, sender and recipient email address, time and date of calls and messages, duration of calls, routing information, and types and volumes of calls and messages.

You can visit your Google Account to find and manage activity information that's saved in your account.

 Go to Google Account

## Your location information

We collect information about your location when you use our services, which helps us offer features like driving directions, search results for things near you, and ads based on your general location.

Your location can be determined with varying degrees of accuracy by:

* GPS and other sensor data from your device

* IP address

* Activity on Google services, such as your searches and places you label like home or work

* Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect and how long we store it depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to create a private map of where you go with your signed-in devices. And if your Web & App Activity setting is enabled, your searches and other activity from Google services, which may also include location information, is saved to your Google Account. Learn more about how we use location information.

In some circumstances, Google also collects information about you from publicly accessible sources. For example, if your name appears in your local newspaper, Google's Search engine may index that article and display it to other people if they search for your name. We may also collect information about you from trusted partners, such as directory services who provide us with business information to be displayed on

business services, and security partners who provide us with information to protect against abuse. We also receive information from advertising partners to provide advertising and research services on their behalf.

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

---

WHY GOOGLE COLLECTS DATA

# We use data to build better services

We use the information we collect from all our services for the following purposes:

## Provide our services

We use your information to deliver our services, like processing the terms you search for in order to return results or helping you share content by suggesting recipients from your contacts.

## Maintain & improve our services

We also use your information to ensure our services are working as intended, such as tracking outages or troubleshooting issues that you report to us. And we use your information to make improvements to our services — for example, understanding which search terms are most frequently misspelled helps us improve spell-check features used across our services.

## Develop new services

We use the information we collect in existing services to help us develop new ones. For example, understanding how people organized their photos in Picasa, Google's first photos app, helped us design and launch Google Photos.

## Provide personalized services, including content and ads

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results. For example, Security Checkup provides security tips adapted to how you use Google products. And Google Play uses information like apps you've already installed and videos you've watched on YouTube to suggest new apps you might like.

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings.

- We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.

- We don't show you personalized ads based on your content from Drive, Gmail, or Photos.

- We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

 Go to Ad Settings

## Measure performance

We use data for analytics and measurement to understand how our services are used. For example, we analyze data about your visits to our sites to do things like optimize product design. And we also use data about the ads you interact with to help advertisers understand the performance of their ad campaigns. We use a variety of tools to do this, including Google Analytics. When you visit sites or use apps that use Google Analytics, a Google Analytics customer may choose to enable Google to link information about your activity from that site or app with activity from other sites or apps that use our ad services.

## Communicate with you

We use information we collect, like your email address, to interact with you directly. For example, we may send you a notification if we detect suspicious activity, like an attempt to sign in to your Google Account from an unusual location. Or we may let you know about upcoming changes or improvements to our services. And

facing.

## Protect Google, our users, and the public

We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.

---

We use different technologies to process your information for these purposes. We use automated systems that analyze your content to provide you with things like customized search results, personalized ads, or other features tailored to how you use our services. And we analyze your content to help us detect abuse such as spam, malware, and illegal content. We also use algorithms to recognize patterns in data. For example, Google Translate helps people communicate across languages by detecting common language patterns in phrases you ask it to translate.

We may combine the information we collect among our services and across your devices for the purposes described above. For example, if you watch videos of guitar players on YouTube, you might see an ad for guitar lessons on a site that uses our ad products. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

If other users already have your email address or other information that identifies you, we may show them your publicly visible Google Account information, such as your name and photo. This helps people identify an email coming from you, for example.

We'll ask for your consent before using your information for a purpose that isn't covered in this Privacy Policy.

---

YOUR PRIVACY CONTROLS

# You have choices regarding the information we collect and how it's used

This section describes key controls for managing your privacy across our services. You can also visit the Privacy Checkup, which provides an opportunity to review and adjust important privacy settings. In addition

Privacy Guide.

 Go to Privacy Checkup

# Managing, reviewing, and updating your information

When you're signed in, you can always review and update information by visiting the services you use. For example, Photos and Drive are both designed to help you manage specific types of content you've saved with Google.

We also built a place for you to review and control information saved in your Google Account. Your Google Account includes:

## Privacy controls

 **Activity Controls**

Decide what types of activity you'd like saved in your account. For example, if you have YouTube History turned on, the videos you watch and the things you search for are saved in your account so you can get better recommendations and remember where you left off. And if you have Web & App Activity turned on, your searches and activity from other Google services are saved in your account so you can get more personalized experiences like faster searches and more helpful app and content recommendations. Web & App Activity also has a subsetting that lets you control whether information about your activity on other sites, apps, and devices that use Google services, such as apps you install and use on Android, is saved in your Google Account and used to improve Google services.

Go to Activity Controls

 **Ad settings**

Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads. You can modify your interests, choose whether your personal information is used to make ads more relevant to you, and turn on or off certain advertising services.



### About you

Manage personal info in your Google Account and control who can see it across Google services.

Go to About You



### Shared endorsements

Choose whether your name and photo appear next to your activity, like reviews and recommendations, that appear in ads.

Go to Shared Endorsements



### Sites and apps that use Google services

Manage information that websites and apps using Google services, like Google Analytics, may share with Google when you visit or interact with their services.

Go to How Google uses information from sites or apps that use our services

## Ways to review & update your information



### My Activity

My Activity allows you to review and control data that's saved to your Google Account when you're signed in and using Google services, like searches you've done or your visits to Google Play. You can browse by date and by topic, and delete part or all of your activity.

Go to My Activity



### Google Dashboard

Google Dashboard allows you to manage information associated with specific products.

Go to Dashboard

### Your personal information

 **Go to Personal Info**

When you're signed out, you can manage information associated with your browser or device, including:

- **Signed-out search personalization:** Choose whether your search activity is used to offer you more relevant results and recommendations.

- **YouTube settings:** Pause and delete your YouTube Search History and your YouTube Watch History.

- **Ad Settings:** Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads.

# Exporting, removing & deleting your information

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

 **Export your data**

You can also request to remove content from specific Google services based on applicable law.

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

 **Delete your information**

And finally, Inactive Account Manager allows you to give someone else access to parts of your Google Account in case you're unexpectedly unable to use your account.

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

- Browser settings: For example, you can configure your browser to indicate when Google has set a cookie in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services rely on cookies to function properly, for things like remembering your language preferences.

- Device-level settings: Your device may have controls that determine what information we collect. For example, you can modify location settings on your Android device.

SHARING YOUR INFORMATION

# When you share your information

Many of our services let you share information with other people, and you have control over how you share. For example, you can share videos on YouTube publicly or you can decide to keep your videos private. Remember, when you share information publicly, your content may become accessible through search engines, including Google Search.

When you're signed in and interact with some Google services, like leaving comments on a YouTube video or reviewing an app in Play, your name and photo appear next to your activity. We may also display this information in ads depending on your Shared endorsements setting.

# When Google shares your information

We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:

# With your consent

We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to make a reservation through a booking service, we'll get your permission before sharing your name or phone number with the restaurant. We'll ask for your explicit consent to share any sensitive personal information.

## With domain administrators

If you're a student or work for an organization that uses Google services, your domain administrator and resellers who manage your account will have access to your Google Account. They may be able to:

- Access and retain information stored in your account, like your email

- View statistics regarding your account, like how many apps you install

- Change your account password

- Suspend or terminate your account access

- Receive your account information in order to satisfy applicable law, regulation, legal process, or enforceable governmental request

- Restrict your ability to delete or edit your information or your privacy settings

## For external processing

We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help operate our data centers, deliver our products and services, improve our internal business processes, and offer additional support to customers and users. We also use service providers to help review YouTube video content for public safety and analyze and listen to samples of saved user audio to help improve Google's audio recognition technologies.

## For legal reasons

We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share

- Enforce applicable Terms of Service, including investigation of potential violations.

- Detect, prevent, or otherwise address fraud, security, or technical issues.

- Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers, developers, or rights holders. For example, we share information publicly to show trends about the general use of our services. We also allow specific partners to collect information from your browser or device for advertising and measurement purposes using their own cookies or similar technologies.

If Google is involved in a merger, acquisition, or sale of assets, we'll continue to ensure the confidentiality of your personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

---

KEEPING YOUR INFORMATION SECURE

# We build security into our services to protect your information

All Google products are built with strong security features that continuously protect your information. The insights we gain from maintaining our services help us detect and automatically block security threats from ever reaching you. And if we do detect something risky that we think you should know about, we'll notify you and help guide you through steps to stay better protected.

We work hard to protect you and Google from unauthorized access, alteration, disclosure, or destruction of information we hold, including:

- We use encryption to keep your data private while in transit

- We offer a range of security features, like Safe Browsing, Security Checkup, and 2 Step Verification to help you protect your account

- We review our information collection, storage, and processing practices, including physical security measures, to prevent unauthorized access to our systems

- We restrict access to personal information to Google employees, contractors, and agents who need that information in order to process it. Anyone with this access is subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

EXPORTING & DELETING YOUR INFORMATION

# You can export a copy of your information or delete it from your Google Account at any time

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

RETAINING YOUR INFORMATION

We retain the data we collect for different periods of time depending on what it is, how we use it, and how you configure your settings:

- Some data you can delete whenever you like, such as the content you create or upload. You can also

- Other data is deleted or anonymized automatically after a set period of time, such as advertising data in server logs.

- We keep some data until you delete your Google Account, such as information about how often you use our services.

- And some data we retain for longer periods of time when necessary for legitimate business or legal purposes, such as security, fraud and abuse prevention, or financial record-keeping.

When you delete data, we follow a deletion process to make sure that your data is safely and completely removed from our servers or retained only in anonymized form. We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.

You can read more about Google's data retention periods, including how long it takes us to delete your information.

COMPLIANCE & COOPERATION WITH REGULATORS

We regularly review this Privacy Policy and make sure that we process your information in ways that comply with it.

# Data transfers

We maintain servers around the world and your information may be processed on servers located outside of the country where you live. Data protection laws vary among countries, with some providing more protection than others. Regardless of where your information is processed, we apply the same protections described in this policy. We also comply with certain legal frameworks relating to the transfer of data.

When we receive formal written complaints, we respond by contacting the person who made the complaint. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of your data that we cannot resolve with you directly.

# California requirements

The California Consumer Privacy Act (CCPA) requires specific disclosures for California residents.

This Privacy Policy is designed to help you understand how Google handles your information:

- We explain the categories of information Google collects and the sources of that information in Information Google collects.

- We explain how Google uses information in Why Google collects data.

- We explain when Google may share information in Sharing your information. Google does not sell your personal information.

The CCPA also provides the right to request information about how Google collects, uses, and discloses your personal information. And it gives you the right to access your information and request that Google delete that information. Finally, the CCPA provides the right to not be discriminated against for exercising your privacy rights.

We describe the choices you have to manage your privacy and data across Google's services in Your privacy controls. You can exercise your rights by using these controls, which allow you to access, review, update and delete your information, as well as export and download a copy of it. When you use them, we'll validate your request by verifying that you're signed in to your Google Account. If you have questions or requests related to your rights under the CCPA, you (or your authorized agent) can also contact Google. You can also find more information on Google's handling of CCPA requests.

The CCPA requires a description of data practices using specific categories. This table uses these categories to organize the information in this Privacy Policy.

## Categories of personal information we collect

**Identifiers** such as your name, phone number, and address, as well as <u>unique identifiers</u> tied to the browser, application, or device you're using.

**Demographic information**, such as your age, gender and language.

**Commercial information** such as your payment information and a history of purchases you make on Google's services.

**Biometric information** if you choose to provide it, such as fingerprints in Google's product development

**Internet, network, and other activity information** such as your search terms; views and interactions with content and ads; Chrome browsing history you've synced with your Google Account; information about the interaction of your apps, browsers, and devices with our services (like IP address, crash reports, and system activity); and activity on third-party sites and apps that use our services. You can review and control activity data stored in your Google Account in My Activity.

**Geolocation data**, such as may be determined by GPS, IP address, and other data from sensors on or around your device, depending in part on your device and account settings. Learn more about Google's use of location information.

**Audio, electronic, visual, and similar information**, such as voice and audio information.

**Professional, employment, and education information**, such as information you provide or that is maintained through an organization using Google services at which you study or work.

**Other information you create or provide**, such as the content you create, upload, or receive (like photos and videos or emails, docs and spreadsheets). Google Dashboard allows you to manage information associated with specific products.

**Inferences** drawn from the above, like your ads interest categories.

## Business purposes for which information may be used or disclosed

**Protecting against security threats, abuse, and illegal activity**: Google uses and may disclose information to detect, prevent and respond to security incidents, and for protecting against other malicious, deceptive, fraudulent, or illegal activity. For example, to protect our services, Google may receive or disclose information about IP addresses that malicious actors have compromised.

**Auditing and measurement**: Google uses information for analytics and measurement to understand how our services are used, as well as to fulfill obligations to our partners like publishers, advertisers, developers, or rights holders. We may disclose non-personally identifiable information publicly and with these partners, including for auditing purposes.

**Maintaining our services**: Google uses information to ensure our services are working as intended, such as tracking outages or troubleshooting bugs and other issues that you report to us.

**Research and development**: Google uses information to improve our services and to develop new products, features and technologies that benefit our users and the public. For example, we use publicly available information to help train Google's language models and build features like Google Translate.

**Use of service providers**: Google shares information with service providers to perform services on our behalf, in compliance with our Privacy Policy and other appropriate confidentiality and security measures. For example, we may rely on service providers to help provide customer support.

**Advertising**: Google processes information to provide advertising, including online identifiers, browsing and search activity, and information about your location and interactions with advertisements. This keeps Google's services and many of the websites and services you use free of charge. You can control what information we use to show you ads by visiting your ad settings.

**Legal reasons**: Google also uses information to satisfy applicable laws or regulations, and discloses information in response to legal process or enforceable government requests, including to law enforcement. We provide information about the number and type of requests we receive from governments in our Transparency Report.

## Parties with whom information may be shared

**Other people with whom you choose to share your information**, like docs or photos, and videos or comments on YouTube.

**Third parties to whom you consent to sharing your information**, such as services that integrate with Google's services. You can review and manage third party apps and sites with access to data in your Google Account.

**Service providers**, trusted businesses or persons that process information on Google's behalf, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures.

**Domain administrators**, if you work or study at an organization that uses Google services.

**Law enforcement or other third parties**, for the legal reasons described in Sharing your information.

ABOUT THIS POLICY

# When this policy applies

This Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, Android, and services offered on third-party sites, such as advertising services. This Privacy Policy doesn't apply to services that have separate privacy policies that do not incorporate this Privacy Policy.

This Privacy Policy doesn't apply to:

- The information practices of other companies and organizations that advertise our services

- Services offered by other companies or individuals, including products or sites they offer that may include Google services to which the policy applies, or products or sites displayed to you in search results, or linked from our services

# Changes to this policy

We change this Privacy Policy from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We always indicate the date the last changes were published and we offer access to archived versions for your review. If changes are significant, we'll provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes).

RELATED PRIVACY PRACTICES

# Specific Google services

The following privacy notices provide additional information about some Google services:

- Chrome & the Chrome Operating System

- Payments

- Fiber

- Google Fi

- Google Workspace for Education

- Read Along

- YouTube Kids

- Google Accounts Managed with Family Link, for Children under 13 (or applicable age in your country)

- Family Link privacy guide for children & teens

- Voice and Audio Collection from Children's Features on the Google Assistant

If you're a member of an organization that uses Google Workspace or Google Cloud Platform, learn how these services collect and use your personal information in the Google Cloud Privacy Notice.

# Other useful resources

The following links highlight useful resources for you to learn more about our practices and privacy settings.

- Your Google Account is home to many of the settings you can use to manage your account

- Privacy Checkup guides you through key privacy settings for your Google Account

- Google's safety center helps you learn more about our built-in security, privacy controls, and tools to help set digital ground rules for your family online

- Google's Teen Privacy Guide provides answers to some of the top questions we get asked about privacy

- Privacy & Terms provides more context regarding this Privacy Policy and our Terms of Service

- Technologies includes more information about:

  - How Google uses cookies

  - Technologies used for Advertising

  - How Google uses pattern recognition to recognize things like faces in photos

  - How Google uses information from sites or apps that use our services

# Key terms

## Affiliates

An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU.

## Algorithm

A process or set of rules followed by a computer in performing problem-solving operations.

## Application data cache

An application data cache is a data repository on a device. It can, for example, enable a web application to run without an internet connection and improve the performance of the application by enabling faster loading of content.

## Browser web storage

Browser web storage enables websites to store data in a browser on a device. When used in "local storage" mode, it enables data to be stored across sessions. This makes data retrievable even after a browser has been closed and reopened. One technology that facilitates web storage is HTML 5.

## Cookies

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. However, some website features or services may not function properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

## Device

A device is a computer that can be used to access Google services. For example, desktop computers, tablets, smart speakers, and smartphones are all considered devices.

## Google Account

You may access some of our services by signing up for a Google Account and providing us with some personal information (typically your name, email address, and a password). This account information is used to authenticate you when you access Google services and protect your account from unauthorized access by others. You can edit or delete your account at any time through your Google Account settings.

## IP address

Every device connected to the Internet is assigned a number known as an Internet protocol (IP) address. These numbers are usually assigned in geographic blocks. An IP address can often be used to identify the location from which a device is connecting to the Internet.

## Non-personally identifiable information

This is information that is recorded about users so that it no longer reflects or references an individually-identifiable user.

## Personal information

This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.

## Pixel tag

A pixel tag is a type of technology placed on a website or within the body of an email for the purpose of tracking certain activity, such as views of a website or when an email is opened. Pixel tags are often used in

## Referrer URL

A Referrer URL (Uniform Resource Locator) is information transmitted to a destination webpage by a web browser, typically when you click a link to that page. The Referrer URL contains the URL of the last webpage the browser visited.

## Sensitive personal information

This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

## Server logs

Like most websites, our servers automatically record the page requests made when you visit our sites. These "server logs" typically include your web request, Internet Protocol address, browser type, browser language, the date and time of your request, and one or more cookies that may uniquely identify your browser.

A typical log entry for a search for "cars" looks like this:

```
123.45.67.89 - 25/Mar/2003 10:15:32 -
http://www.google.com/search?q=cars -
Firefox 1.0.7; Windows NT 5.1 -
740674ce2123e969
```

- `123.45.67.89` is the Internet Protocol address assigned to the user by the user's ISP. Depending on the user's service, a different address may be assigned to the user by their service provider each time they connect to the Internet.

- `25/Mar/2003 10:15:32` is the date and time of the query.

- `http://www.google.com/search?q=cars` is the requested URL, including the search query.

- `Firefox 1.0.7; Windows NT 5.1` is the browser and operating system being used.

- `740674ce2123a969` is the unique cookie ID assigned to this particular computer the first time it visited Google. (Cookies can be deleted by users. If the user has deleted the cookie from the computer since the last time they've visited Google, then it will be the unique cookie ID assigned to their device the next time they visit Google from that particular device).

## Unique identifiers

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. Learn more about how Google uses cookies.

On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone. For example, a device's unique identifier can be used to customize our service to your device or analyze device issues related to our services.

# Additional Context

## ads you'll find most useful

For example, if you watch videos about baking on YouTube, you may see more ads that relate to baking as you browse the web. We also may use your IP address to determine your approximate location, so that we can serve you ads for a nearby pizza delivery service if you search for "pizza." Learn more about Google ads and why you may see particular ads.

## advertising and research services on their behalf

For example, advertisers may upload data from their loyalty-card programs so that they can better understand the performance of their ad campaigns. We only provide aggregated reports to advertisers that don't reveal information about individual people.

## Android device with Google apps

Android devices with Google apps include devices sold by Google or one of our partners and include phones, cameras, vehicles, wearables, and televisions. These devices use Google Play Services and other pre-installed apps that include services like Gmail, Maps, your phone's camera and phone dialer, text-to-speech conversion, keyboard input, and security features. Learn more about Google Play Services.

## combine the information we collect

Some examples of how we combine the information we collect include:

- When you're signed in to your Google Account and search on Google, you can see search results from the public web, along with relevant information from the content you have in other Google products, like Gmail or Google Calendar. This can include things like the status of your upcoming flights, restaurant, and hotel reservations, or your photos. Learn more

- If you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. This feature makes it easier to share things with people you know. Learn more

- The Google app can use data that you have stored in other Google products to show you personalized content, depending on your settings. For example, if you have searches stored in your Web & App Activity, the Google app can show you news articles and other information about your interests, like sports scores, based your activity. Learn more

- If you link your Google Account to your Google Home, you can manage your information and get things done through the Google Assistant. For example, you can add events to your Google Calendar or get your schedule for the day, ask for status updates on your upcoming flight, or send information like driving directions to your phone. Learn more

## customized search results

For example, when you're signed in to your Google Account and have the Web & App Activity control enabled, you can get more relevant search results that are based on your previous searches and activity from other Google services. You can learn more here. You may also get customized search results even when you're signed out. If you don't want this level of search customization, you can search and browse privately or turn off signed-out search personalization.

## deliver our services

Examples of how we use your information to deliver our services include:

- We use the IP address assigned to your device to send you the data you requested, such as loading a YouTube video

- We use unique identifiers stored in cookies on your device to help us authenticate you as the person who should have access to your Google Account

- Photos and videos you upload to Google Photos are used to help you create albums, animations, and other creations that you can share. Learn more

- A flight confirmation email you receive may be used to create a "check-in" button that appears in your Gmail

- When you purchase services or physical goods from us, you may provide us information like your shipping address or delivery instructions. We use this information for things like processing, fulfilling, and delivering your order, and to provide support in connection with the product or service you purchase.

## detect abuse

When we detect spam, malware, illegal content, and other forms of abuse on our systems in violation of our policies, we may disable your account or take other appropriate action. In certain circumstances, we may also report the violation to appropriate authorities.

## devices

For example, we can use information from your devices to help you decide which device you'd like to use to install an app or view a movie you buy from Google Play. We also use this information to help protect your account.

## ensure and improve

For example, we analyze how people interact with advertising to improve the performance of our ads.

## ensure our services are working as intended

For example, we continuously monitor our systems to look for problems. And if we find something wrong with a specific feature, reviewing activity information collected before the problem started allows us to fix things more quickly.

## Information about things near your device

If you use Google's Location services on Android, we can improve the performance of apps that rely on your location, like Google Maps. If you use Google's Location services, your device sends information to Google about its location, sensors (like accelerometer), and nearby cell towers and Wi-Fi access points (like MAC address and signal strength). All these things help to determine your location. You can use your device settings to enable Google Location services. Learn more

## legal process, or enforceable governmental request

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to disclose user data. Respect for the privacy and security of data you store with Google underpins our approach to complying with these legal requests. Our legal team reviews each and every request, regardless of type, and we frequently push back when a request appears to be overly broad or doesn't follow the correct process. Learn more in our Transparency Report.

## make improvements

For example, we use cookies to analyze how people interact with our services. And that analysis can help us build better products. For example, it may help us discover that it's taking people too long to complete a certain task or that they have trouble finishing steps at all. We can then redesign that feature and improve the product for everyone.

## may link information

Google Analytics relies on first-party cookies, which means the cookies are set by the Google Analytics customer. Using our systems, data generated through Google Analytics can be linked by the Google Analytics customer and by Google to third-party cookies that are related to visits to other websites. For example, an advertiser may want to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more

## partner with Google

There are over 2 million non-Google websites and apps that partner with Google to show ads. Learn more

## payment information

For example, if you add a credit card or other payment method to your Google Account, you can use it to buy things across our services, like apps in the Play Store. We may also ask for other information, like a business tax ID, to help process your payment. In some cases, we may also need to verify your identity and may ask you for information to do this.

We may also use payment information to verify that you meet age requirements, if, for example, you enter an incorrect birthday indicating you're not old enough to have a Google Account. Learn more

## personalized ads

You may also see personalized ads based on information from the advertiser. If you shopped on an advertiser's website, for example, they can use that visit information to show you ads. Learn more

## phone number

If you add your phone number to your account, it can be used for different purposes across Google services, depending on your settings. For example, your phone number can be used to help you access your account if you forget your password, help people find and connect with you, and make the ads you see more relevant to you. Learn more

## protect against abuse

For example, information about security threats can help us notify you if we think your account has been compromised (at which point we can help you take steps to protect your account).

## publicly accessible sources

For example, we may collect information that's publicly available online or from other public sources to help train Google's language models and build features like Google Translate. Or, if your business's information appears on a website, we may index and display it on Google services.

## rely on cookies to function properly

For example, we use a cookie called 'lbcs' that makes it possible for you to open many Google Docs in one browser. Blocking this cookie would prevent Google Docs from working as expected. Learn more

## safety and reliability

Some examples of how we use your information to help keep our services safe and reliable include:

- Collecting and analyzing IP addresses and cookie data to protect against automated abuse. This abuse takes many forms, such as sending spam to Gmail users, stealing money from advertisers by fraudulently clicking on ads, or censoring content by launching a Distributed Denial of Service (DDoS) attack.

- The "last account activity" feature in Gmail can help you find out if and when someone accessed your email without your knowledge. This feature shows you information about recent activity in Gmail, such as the IP addresses that accessed your mail, the associated location, and the date and time of access. Learn more

## sensitive categories

When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

## Sensor data from your device

Your device may have sensors that can be used to better understand your location and movement. For example, an accelerometer can be used to determine your speed and a gyroscope to figure out your direction of travel.

## servers around the world

For example, we operate data centers located around the world to help keep our products continuously available for users.

## services to make and receive calls or send and receive messages

Examples of these services include:

- Google Voice, for making and receiving calls, sending text messages, and managing voicemail

- Google Meet, for making and receiving video calls

- Gmail, for sending and receiving emails

- Google Chat, for sending and receiving messages

- Google Duo, for making and receiving video calls and sending and receiving messages

- Google Fi, for a phone plan

## show trends

When lots of people start searching for something, it can provide useful information about particular trends at that time. Google Trends samples Google web searches to estimate the popularity of searches over a certain period of time and shares those results publicly in aggregated terms. Learn more

## specific Google services

For example, you can delete your blog from Blogger or a Google Site you own from Google Sites. You can also delete reviews you've left on apps, games, and other content in the Play Store.

## specific partners

For example, we allow YouTube creators and advertisers to work with measurement companies to learn about the audience of their YouTube videos or ads, using cookies or similar technologies. Another example is

product listings. Learn more about these partners and how they use your information.

### synced with your Google Account

Your Chrome browsing history is only saved to your account if you've enabled Chrome synchronization with your Google Account. Learn more

### the people who matter most to you online

For example, when you type an address in the To, Cc, or Bcc field of an email you're composing, Gmail will suggest addresses based on the people you contact most frequently.

### third parties

For example, we process your information to report use statistics to rights holders about how their content was used in our services. We may also process your information if people search for your name and we display search results for sites containing publicly available information about you.

### Views and interactions with content and ads

For example, we collect information about views and interactions with ads so we can provide aggregated reports to advertisers, like telling them whether we served their ad on a page and whether the ad was likely seen by a viewer. We may also measure other interactions, such as how you move your mouse over an ad or if you interact with the page on which the ad appears.

### Voice and audio information

For example, you can choose whether you want Google to save an audio recording to your Google Account when you interact with Google Search, Assistant, and Maps. When your device detects an audio activation command, like "Hey Google," Google records your voice and audio plus a few seconds before the activation. Learn more

### your activity on other sites and apps

This activity might come from your use of Google services, like from syncing your account with Chrome or your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics), or it might embed other content (such as videos from YouTube). These services may share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information.

Learn more about how Google uses data when you use our partners' sites or apps.

**49D04-2208-CT-025970**

Marion Superior Court 4

Filed: 8/2/2022 12:20 AM
Clerk
Marion County, Indiana

## IN THE STATE OF INDIANA
## SUPERIOR COURT OF MARION COUNTY

THE EXCELLENT THE EXCELLENT
RAJ K. PATEL, from all capacities,

*Plaintiff*

v.

ALPHABET, INC. and GOOGLE LLC,

*Defendants*

No. _____

Dated: August 2, 2022

### NOTICE OF APPEARANCE

I, T.E., T.E Raj K. Patel, the plaintiff (*pro se*), will represent myself, and I hereby enter my appearance with the Court:

1.  My street and mailing address are the same:

    6850 East 21st Street
    Indianapolis, IN 46219

2.  I am able to and willing to appear either in person or over computer or mobile device.

3.  This is a civil tort claim case type as defined in administrative Rule 8(B)(3).

4.  I will accept service by e-mail at either rajp2010@gmail.com or raj@rajpatel.live.

5.  As I have completed the minimum number of law school hours under the American Bar Association's accreditation for law schools, 68 credit hours, prior to taking a voluntary separation of leave in good standing, as I am an elected official, I will charge each of my non-attorney or non-lawyer capacities attorney's fees to be represented within this court and its lineage, to the extent the law and the courts permit, and/or the cost of litigation.  Pmbl. [1], Ind. R. of Professional Conduct (Jan. 2022); IC 33-43-2-1; IC 33-44-3-2; IC 33-43-1-6; and IC 34-13-9-10(c).

- 1 -

6. If I decide to be represented by an attorney in the future, either my attorney or I will notify the Court of the change IMMEDIATELY.

7. This form has been served on all other parties and Certificate of Service is attached.

Respectfully submitted,

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

- 2 -

### CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Notice of Appearance on 08/02/2022 to below individuals via the Ind. Ct. System e-filing and Delaware sheriff services to the registered business agent:

**ALPHABET INC**
**c/o Corporation Service Company**
251 Little Falls Drive
Wilmington, DE 19808

**GOOGLE LLC**
**c/o Corporation Service Company**
251 Little Falls Drive
Wilmington, DE 19808

Dated: August 2, 2022

Respectfully submitted,

/s/ Raj Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

3

**49D04-2208-CT-025970**

Marion Superior Court 4

Filed: 8/2/2022 12:20 AN
Clerl
Marion County, Indiana

## IN THE STATE OF INDIANA
## SUPERIOR COURT OF MARION COUNTY

THE EXCELLENT THE EXCELLENT
RAJ K. PATEL, from all capacities,

*Plaintiff*

v.

ALPHABET INC. and GOOGLE LLC.,

*Defendants*

No. _____

Dated: August 2, 2022

## MOTION TO RETURN FILING FEES AND GRANT
## IN FORMUA PAUPERIS STATUS

I, T.E., T.E Raj K. Patel, the plaintiff (*pro se*), respectfully move this court to return the filing fees because I qualify for *in formua pauperis* status in Federal court, and, thus, most likely, I qualify for *in formua pauperis status* in state court. *Patel v. United States*, No. 22-cv-734-LAS (Fed. Cl. 202_). Thus, I be permitted to use the "waiver" option when submitting new filings.

I also move for already paid filing fees in this case to be refunded.

I have also moved that my filing fees be returned and granted IFP status.

Respectfully submitted,

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Motion to Return Filing Fees and Grant IFP Status on 08/02/2022 to below individuals via the Ind. Ct. System e-filing and Delaware sheriff services to the registered business agent:

**ALPHABET INC**
**c/o Corporation Service Company**
251 Little Falls Drive
Wilmington, DE 19808

**GOOGLE LLC**
**c/o Corporation Service Company**
251 Little Falls Drive
Wilmington, DE 19808

Dated: August 2, 2022

Respectfully submitted,

/s/ Raj Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live