# Exhibit C

```
                                                              F I L E D
                                                              January 4, 2023
                                                              CLERK OF THE COURT
                                                              MARION COUNTY
                                                                              ER
```

| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
|---|---|---|
| | ) SS: | CIVIL DIVISION, ROOM IV |
| COUNTY OF MARION | ) | CAUSE NO. 49D04-2208-CT-025970 |

| THE EXCELLENT THE EXCELLENT | ) |
|---|---|
| RAJ K. PATEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) |
| | ) |
| ALPHABET INC. and GOOGLE LLC, | ) |
| | ) |
| Defendants. | ) |

## Order Granting Motion to Dismiss

Comes now the Court after having conducted a WebEx hearing on November 29, 2022, on Defendant's Motion to Dismiss. Plaintiff, The Excellent The Excellent Raj K. Patel appeared Pro Se. Defendants Alphabet Inc. and Google LLC appeared by counsel. Arguments were heard and concluded. The Court having reviewed the submissions of the parties and now having been duly advised finds that the motion should be granted.

**It is Therefore Ordered, Adjudged and Decreed that Defendants Google LLC and Alphabet Inc.'s Motion to Dismiss is granted. Plaintiff The Excellent The Excellent Raj K. Patel's Complaint is dismissed with prejudice. All other pending motions are now moot.**

So ordered, this 4th Day of January 2023.

_____
Cynthia J. Ayers, Judge
Marion Superior Court Civil Division Room IV

Distribution:
All Parties of Record

1