# Exhibit F

# IN THE
# COURT OF APPEALS OF INDIANA

Raj K. Patel,

*Appellant,*

v.

Alphabet Inc., et al.,

*Appellees.*

Court of Appeals Cause No. 23A-CT-126



FILED
Jul 13 2023, 10:06 am
CLERK
Indiana Supreme Court
Court of Appeals
and Tax Court

# Order

[1]  Appellant, pro se, has filed a Motion to Reconsider Court's Memorandum Decision.

[2]  Having reviewed the matter, the Court finds and orders as follows:

  Appellant's Motion to Reconsider Court's Memorandum Decision is denied.

[3]  Ordered:  7/13/2023

Riley, Bradford, Weissmann, JJ., concur.

For the Court,

Chief Judge