IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAJ K. PATEL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 23-797 (MN) |
| ALPHABET INC, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

At Wilmington, this 27th day of July 2023, the Court having reviewed Plaintiff's application to proceed without prepayment of fees under 28 U.S.C. § 1915 (D.I. 1);

Plaintiff submitted for consideration the short form application to proceed in district court without prepaying fees or costs, form AO 240. When evaluating requests for pauper status submitted by non-prisoners, the Court uses the long form application to proceed in district court without prepaying fees or costs, form AO 239.

THEREFORE, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall provide Plaintiff with a copy of the long form application to proceed in district court without prepaying fees or costs, form AO 239.

2. Plaintiff shall, **within twenty-one days** from the date of this order, **either**: (1) fully complete long form AO 239 application to proceed in district court without prepaying fees or costs, **or** (2) pay in full the $402.00 filing fee.

**Failure to timely comply with this order may result in dismissal of the case without prejudice.**

The Honorable Maryellen Noreika
United States District Judge