IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAJ K. PATEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-797 (MN) |
| | ) |
| ALPHABET INC, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington, this 17th day of August 2023, the Court having considered the application to proceed in District Court without prepaying fees or costs under 28 U.S.C. § 1915 (D.I. 6), IT IS HEREBY ORDERED that the application is **GRANTED**.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge