IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAJ K. PATEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-797 (MN) |
| | ) |
| ALPHABET INC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington, this 28th day of August 2023, having considered Plaintiff's Motion for Electronic Filing (D.I. 7), IT IS HEREBY ORDERED that the motion is DENIED without prejudice to renew. Plaintiff is advised that, per the CM/ECF Registration/Training section of the Court's website, in order to receive authorization to file electronically, a *pro se* party must indicate in their motion that they have independently reviewed all of the materials and related topics on the Court's web site and that they have a PACER account.

_____
The Honorable Maryellen Noreika
United States District Judge