**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE**

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities,<br><br>*Plaintiff*<br><br>v.<br><br>ALPHABET INC. and GOOGLE LLC.,<br><br>*Defendants* | No. 1:23-cv-00797-MN<br><br>Dated: September 3, 2023 |

**PLAINTIFF'S MOTION TO RECONSIDER DKT. 10**

I, T.E. T.E. Raj Patel, the undersigned plaintiff *pro se*, respectfully move this D. Del. to allow me to file documents electronically via CM/ECF:

- I have independently reviewed all of the materials and related topics on the Court's web site.

- I have a PACER account associated with the e-mail rajp2010@gmail.com.

Therefore, I move this court to grant Patel the Authorization to File Electronically.

Respectfully submitted,

/s/ Raj K. Patel
Rama CCCX
T.E., T.E. Raj K. Patel, AA, BA (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

- 1 -

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Motion for E-Filing on 09/3/2023 to below individuals via e-mail:

**IAN R. LISTON**
Wilson Sonsini Goodrich & Rosati Professional Corporation
222 Delaware Avenue Suite 800
Wilmington, Delaware 19801-1600
ILISTON@wsgr.com

**ALPHABET INC.**
**CORPORATE SERVICE COMPANY**
251 Little Falls Drive
Wilmington, DE 19808
sundar@google.com

**GOOGLE LLC**
**CORPORATE SERVICE COMPANY**
251 Little Falls Drive
Wilmington, DE 19808
sundar@google.com

Respectfully submitted,

/s/ Raj Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

Dated: September 3, 2023




