IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAJ K. PATEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-797 (MN) |
| | ) |
| ALPHABET INC, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington, this 11th day of October 2023, having considered Plaintiff's Motion for Reconsideration of the Court's Order denying his motion for Electronic Filing rights (D.I. 11), IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff has now stated that he has reviewed the materials on the Court's website and has a PACER account and, therefore, his motion for efiling rights is GRANTED. Plaintiff shall contact the Clerk's Office Help Desk at (302) 573-6170 in order to obtain the applicable CM/ECF registration form.

_____
The Honorable Maryellen Noreika
United States District Judge